**Copyrights-In-Suit for IP Address 173.65.248.93**

**ISP:** Verizon FiOS
**Location:** Sarasota, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 01/04/2013 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 01/09/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/22/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 09/22/2012 |
| Dream Come True | PA0001800356 | 07/13/2012 | 07/20/2012 | 01/09/2013 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 01/09/2013 |
| Fucking Perfection | PA0001789507 | 06/24/2011 | 05/11/2012 | 11/30/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 09/22/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 01/20/2013 |
| Her First Threesome | PA0001791349 | 07/27/2011 | 05/25/2012 | 12/25/2012 |
| In Bed | PA0001811897 | 09/21/2012 | 10/28/2012 | 02/01/2013 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 01/09/2013 |
| Leila Faye Awesome Threesome | PA0001776804 | 02/02/2011 | 02/21/2012 | 12/23/2012 |
| Leila Sex on the Beach | PA0001762083 | 12/22/2010 | 11/21/2011 | 12/27/2012 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 01/04/2013 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 11/27/2012 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 01/04/2013 |
| Miss Perfect | PA0001809284 | 10/01/2012 | 10/07/2012 | 01/26/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 10/03/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/31/2012 |
| Red Hot | PA0001810503 | 10/12/2012 | 10/14/2012 | 11/26/2012 |

EXHIBIT B

LMFL56

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 01/09/2013 |
| Show You My Love | PA0001793969 | 02/16/2011 | 04/14/2012 | 01/26/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/22/2012 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 12/27/2012 |
| The Masseuse | PA0001779634 | 11/25/2011 | 03/08/2012 | 01/20/2013 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 01/04/2013 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 12/27/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 09/01/2012 |
| Tiffany Sex with a Supermodel | PA0001762022 | 02/23/2011 | 11/21/2011 | 12/23/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 12/31/2012 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 10/31/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 08/27/2012 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/31/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/23/2012 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 01/20/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/13/2012 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 11/27/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 01/04/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  39**

EXHIBIT B

LMFL56