UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

vs.                                   Case No. 8:13-CV-858-T-27AEP

JOHN DOE; et al.,

    Defendant,

_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's First Motion for Extension of Time Within Which it has to Serve Defendant with a Summons and Complaint (Dkt. 9). Upon consideration, it is

**ORDERED** that Plaintiff's First Motion for Extension of Time Within Which it has to Serve Defendant with a Summons and Complaint (Dkt. 9) is GRANTED.

**DONE AND ORDERED** in chambers this 5th day of August, 2013.

                                              JAMES D. WHITTEMORE
                                              United States District Judge

Copies to:
Counsel of Record