# RETURN OF SERVICE

**State of Florida**  **County of Middle**  **Court**

Case Number: 8:13-CV-00858-JDW-AEP

Plaintiff:
**MALIBU MEDIA, LLC**

vs.

Defendant:
**LISA SIEMINSKI**

For:
Lipscomb Eisenberg & Baker. PL
2 South Biscayne Blvd
Penthouse 3800
Miami, FL 33131

Received by EXECUTIVE EXPRESS COURIER SERVICES, LLC on the 24th day of August, 2013 at 1:02 pm to be served on **LISA SIEMINSKI, 4355 BERKSHIRE DRIVE, SARASOTA, FL 34241**.

I, Reymundo Aguilar, do hereby affirm that on the **31st day of August, 2013** at **2:10 pm, I**:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Ameded Complaint & Exhibit "A-D"** with the date and hour of service endorsed thereon by me, to: **RICK SIEMINSKI** as **SPOUSE** at the address of: **4355 BERKSHIRE DRIVE, SARASOTA, FL 34241**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 46, Sex: F, Race/Skin Color: White, Height: 5'10, Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true and correct. Notary not required pursuant to F.S.92.525.

Reymundo Aguilar
License # 514 - 12th Circuit

**EXECUTIVE EXPRESS COURIER SERVICES, LLC**
4460 N.W. 73rd Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: PLU-2013001763
Ref: 15841

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n