**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| | ) 8:13-CV-00858-JDW-AEP |
| v. | ) |
| | ) *September 12, 2013* |
| LISA SIEMINSKI, | ) |
| | ) |
| Defendants, | ) |

## NOTICE OF APPEARANCE OF GRAHAM W. SYFERT FOR DEFENDANT LISA SIEMINSKI

PLEASE TAKE NOTICE that the undersigned has been retained as counsel of record and will appear on behalf of the Defendant, LISA SIEMINSKI, in the above styled case. Please direct a copy of all pleadings, papers, and/or inquires to the undersigned. Undersigned also designates himself trial counsel pursuant to Local Rule 1.05(c).

Dated this 12th day of September, 2013.

                                         Respectfully submitted,
                                         Graham W. Syfert, Esq.,P.A.

                                         By: s/ Graham W. Syfert
                                               Graham W. Syfert (39104)
                                               Trial Counsel

                                              FL/GA Attorney at Law
                                              1529 Margaret St, Unit 2
                                              Jacksonville, FL 32204
                                              Phone: (904) 383-7448
                                              Fax: (904) 638-4726
                                              graham@syfert.com

      I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent by e-mail this day to attorney for the Plaintiff, M. Keith Lipscomb, klipscomb@lebfirm.com, this 12th of September, 2013.

                                              By: s/ Graham W. Syfert
                                              Graham W. Syfert (39104)