UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 8:13-cv-00858-JDW-AEP |
| | ) | |
| v. | ) | |
| | ) | |
| LISA SIEMINSKI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANT LISA SIEMINSKI AND MOTION TO AMEND THE AMENDED COMPLAINT TO NAME RICK SIEMINSKI AS THE DEFENDANT**

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Fed. R. Civ. P. 15(a)(2), hereby moves for entry of an order dismissing the Amended Complaint against Defendant Lisa Sieminski ("Defendant") and permitting the Amended Complaint to be amended for the purpose of adding Mr. Rick Sieminski as Defendant, and states:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *Id.* Here, Defendant Lisa Sieminski has neither answered the Amended Complaint nor filed a motion for summary judgment. Accordingly, Plaintiff hereby moves for entry of an order voluntarily dismissing Defendant Lisa Sieminski pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Fed. R. Civ. P. 15(a)(2) provides that "a party may amend its pleading with . . . the court's leave. The court should freely give leave when justice so requires." *Id.* Here, justice requires that Plaintiff be allowed to amend the Amended Complaint to name Mr. Rick Sieminski

1

as the Defendant because Plaintiff's investigation into the facts of the case has established a good faith basis for Plaintiff to believe that the actual infringer of Plaintiff's copyrights is Mr. Sieminski, and not his wife, the current Defendant.

Plaintiff's investigation has revealed that Mr. Sieminski is a professional photographer specializing in, amongst other things, wedding photographs, and Plaintiff has evidence that Defendant's IP Address was used to download the following partial list of works: (1) The Portrait Photographers Guide (4/4/2013); (2) LumaPix PhotoFusion v. 4.5 (3/21/2013); (3) Tutsplus – Book Layout in InDesign (3/17/2013-3/19/2013); (4) OnOne Perfect Photo Suite 7.1 + Ultimate Creative Pack 2 (3/16/2013-3/17/2013); (5) Kelby Training – The Canon 40D and 50D, Rick Sammon (3/16/2013); (6) Adobe Photoshop Lightroom v. 4.3 (3/16/2013); (7) Joe Farace's Glamour Photography (2/9/2013-2/11/2013); (8) CreativeLive – Getting Published Shooting an Editorial Wedding With Jasmine Star (1/28/2013); (9) CreativeLIve – Wedding Photography Boot Camp With Sal Cincotta (1/27/2013); and (10) CreativeLive – Beauty & Fashion Photography With Matthew Jordan Smith (1/26/2013-2/13/2013). These works, amongst others, would likely be used by Mr. Sieminski during the performance of his duties as a photographer. Based upon the foregoing information, Mr. Sieminski is the most likely person to have used BitTorrent in the house from where the infringement emanated. Consequently, Defendant is the most likely person to have infringed Plaintiff's copyrighted works through the use of BitTorrent and Plaintiff should be permitted to amend the Amended Complaint to name Mr. Sieminski as the defendant.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order dismissing Plaintiff's claims against Defendant Lisa Sieminski and permitting the Amended Complaint to be amended for the purpose of adding Mr. Rick Sieminski as Defendant.

Dated: September 13, 2013

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for Plaintiff has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion. Prior to filing the instant motion, undersigned conferred with opposing counsel via e-mail and telephone. Opposing counsel informed undersigned that he only represents Defendant Lisa Sieminski and does not represent the proposed defendant, Rick Sieminski. Accordingly, while opposing counsel does not object to the voluntary dismissal of his client, he does not have authority to consent to the substitution of Rick Sieminski as the defendant.

By: /s/ *M. Keith Lipscomb*