UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

vs.                                                    Case No. 8:13-cv-00858-JDW-AEP

LISA SIEMINSKI,

    Defendant,

_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion to Voluntarily Dismiss Defendant Lisa Sieminski and Motion to Amend the Amended Complaint to Name Rick Sieminski as the Defendant (Dkt. 18). Upon consideration, the motion (Dkt. 18) is **GRANTED** in part and **DENIED** in part. "[A] notice of dismissal under Rule 41(a)(1)(A)(i) 'is effective immediately upon filing.'" *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012) (quoting *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir.1990)). Accordingly, it is **ORDERED** that:

    1.     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED** *without prejudice*.

    2.     The Clerk is directed to **CLOSE** this case.

    3.     Plaintiff's request for leave to amend the Amended Complaint for the purpose of naming Rick Sieminski as the Defendant is **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers this 16th day of September, 2013.

/s/ J. Whittemore
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record